# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DONALD L. BOHLKE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )     **8:04cv506** |
| vs. | ) |
| | )     **AMENDED ORDER SETTING** |
| **JAMES L. WAGNER, et al.,** | )     **SCHEDULE FOR** |
| | )     **PROGRESSION OF CASE** |
| **Defendant.** | ) |

This matter is before the court on filing no. 27, the plaintiff's Motion for Extension of Time to respond to the defendants' motion for summary judgment. Filing no. 27 is granted, and the plaintiff shall have until not later than January 23, 2006 to file his response to the motion. Accordingly, the pretrial conference and preparation of the pretrial order in this case are continued until further order of the court.

**DATED January 4, 2006.**

            **BY THE COURT:**

            s/ F.A. Gossett
            **United States Magistrate Judge**